FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2009 FEB 27 P 4:21

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

|   |   |
|---|---|
| NETSCAPE COMMUNICATIONS CORP., ) | |
| ) | |
| Plaintiff, ) | Case No. 1:09-cv-225 |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| VALUECLICK, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to this Court's Local Rule 7.1(A), Plaintiff Netscape Communications Corporation ("Netscape") certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or which own ten percent or more of the stock of said party:

Netscape is a wholly-owned subsidiary of AOL LLC, which is a wholly-owned subsidiary of AOL Holdings LLC, which is a majority-owned subsidiary of TW AOL Holdings Inc., which is a wholly-owned subsidiary of Time Warner Inc.

Date: February 27, 2009

Respectfully submitted,

By: _____
Robert L. Burns (VSB # 65159)
Umar Arshad (VSB #74638)
FINNEGAN HENDERSON FARABOW
   GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Dr.
Reston, VA 20190
Phone: (571)-203-2700
Fax: (202) 408-4400

Gerald F. Ivey (DCB #367009)
C. Gregory Gramenopoulos (VSB #38633)
John M. Williamson (DCB #472713)
FINNEGAN HENDERSON FARABOW
 GARRETT & DUNNER, LLP
901 New York Ave., NW
Washington, DC 20001
Phone: (202) 408-4000
Fax: (202) 408-4400

**Attorneys for Plaintiff**
**Netscape Communications Corp.**