IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| NETSCAPE COMMUNICATIONS, CORP., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 1:09 cv 225 (TSE/IDD) |
| | ) |
| VALUECLICK, INC., et al., | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF APPEARANCE OF COUNSEL

Defendants, ValueClick, Inc., Mediaplex, Inc., FastClick, Inc., Commission Junction, Inc., MeziMedia, Inc., and Web Clients, L.L.C. hereby give notice to the Court that Amy S. Owen of the law firm of Cochran & Owen, LLC enters her appearance as counsel for the Defendants.

The undersigned counsel respectfully request that copies of all future notices, orders and pleadings issued or filed in this action be served upon the undersigned as follows:

>Amy S. Owen
>aowen@cochranowen.com
>Sheila M. Costin
>scostin@cochranowen.com
>Cochran & Owen, LLC
>8000 Towers Crescent Drive, Suite 160
>Vienna, VA 22182
>Ph:   (703) 847-4480
>Fax:  (703) 847-4499

Date: April 3, 2009                     Respectfully submitted,

                                            /s/ Amy S. Owen
Amy S. Owen (VSB #27692)
aowen@cochranowen.com
Sheila M. Costin (Bar #31452)
scostin@cochranowen.com
COCHRAN & OWEN, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, Virginia 22182
(703) 847-4480 (office)
(703) 847-4499 (facsimile)

*Counsel for ValueClick, Inc., Mediaplex, Inc., FastClick, Inc., Commission Junction, Inc., MeziMedia, Inc., and Web Clients, L.L.C.*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appearance of Counsel was served this 3rd day of April, 2009 via electronic filing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

**EMAIL DELIVERY**
Robert L. Burns
Umar Arshad
FINNEGAN HENDERSON FARABOW
GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, Virginia 20190
robert.burns@finnegan.com
Ph: (571) 203-2700
Fax: (202) 408-4400

Gearld F. Ivey
C. Gregory Gramenpoulos
John M. Williamson
FINNEGAN HENDERSON FARABOW
GARRETT & DUNNER, LLP
901 New York Ave., NW
Washington, DC 20001
Ph: (202) 408-4000
Fax: (202) 408-4400

*Counsel for Netscape Communications Corp.*

/s/ Amy S. Owen
Amy S. Owen (VSB #27692)
aowen@cochranowen.com
Sheila M. Costin (Bar #31452)
scostin@cochranowen.com
COCHRAN & OWEN, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, Virginia 22182
(703) 847-4480 (office)
(703) 847-4499 (facsimile)

*Counsel for ValueClick, Inc., Mediaplex, Inc., FastClick, Inc., Commission Junction, Inc., MeziMedia, Inc., and Web Clients, L.L.C.*