**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| NETSCAPE COMMUNICATIONS CORP., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VALUECLICK, INC., MEDIAPLEX, INC., )<br>FASTCLICK, INC., COMMISSION )<br>JUNCTION, INC., MEZIMEDIA, INC., )<br>and WEB CLIENTS, L.L.C., )<br>)<br>Defendants. ) | Civil Action No. 1:09-cv-225-TSE-TRJ |

**NOTICE OF WAIVER OF HEARING**

The parties do not request, and waive, a hearing on their Joint Motion to Extend Jurisdictional Discovery by Three Days.

Date: May 22, 2009

Respectfully submitted,

*/s/ Robert L. Burns*
Robert L. Burns (VSB # 65159)
Umar Arshad (VSB #74638)
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Dr.
Reston, VA 20190
Phone: (571)-203-2700
Fax: (202) 408-4400
robert.burns@finnegan.com
umar.arshad@finnegan.com

Gerald F. Ivey (DCB #367009)
C. Gregory Gramenopoulos (VSB #38633)
John M. Williamson (DCB #472713)
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, LLP

901 New York Ave., NW
Washington, DC 20001
Phone: (202) 408-4000
Fax: (202) 408-4400
gerald.ivey@finnegan.com
c.gregory.gramenopoulos@finnegan.com
john.williamson@finnegan.com

**Attorneys for Plaintiff**
**Netscape Communications Corp.**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of May, 2009, I will electronically file the foregoing **Notice Of Waiver Of Hearing** with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Amy S. Owen
aowen@cochranowen.com
Sheila Costin
scostin@cochranowen.com
COCHRAN & OWEN, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA 22182
Phone: (703) 847-4480
Fax: (703) 847-4499

**Attorneys for Defendants**

        */s/ Robert L. Burns*
Robert L. Burns (VSB # 65159)
robert.burns@finnegan.com
Umar Arshad (VSB #74638)
umar.arshad@finnegan.com
FINNEGAN HENDERSON FARABOW
    GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Dr.
Reston, VA 20190
Phone: (571)-203-2700
Fax: (202) 408-4400

Gerald F. Ivey (DCB #367009)
gerald.ivey@finnegan.com
C. Gregory Gramenopoulos (VSB #38633)
c.gregory.gramenopoulos@finnegan.com
John M. Williamson (DCB #472713)
john.williamson@finnegan.com
FINNEGAN HENDERSON FARABOW
    GARRETT & DUNNER, LLP
901 New York Ave., NW
Washington, DC 20001
Phone: (202) 408-4000
Fax: (202) 408-4400

**Attorneys for Plaintiff
Netscape Communications Corp.**