**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| NETSCAPE COMMUNICATIONS CORP., )<br>)<br>Plaintiff, )<br>) Case No. 1:09-cv-225-TSE-TRJ<br>v. )<br>)<br>)<br>VALUECLICK, INC., MEDIAPLEX, INC., )<br>FASTCLICK, INC., COMMISSION )<br>JUNCTION, INC., MEZIMEDIA, INC., and )<br>WEB CLIENTS, L.L.C., )<br>)<br>Defendants. ) | |

### DEFENDANTS VALUECLICK, INC. AND FASTCLICK, INC.'S MOTION TO COMPEL THE PRODUCTION OF A DOCUMENT FROM NETSCAPE COMMUNICATIONS CORP., PURSUANT TO FED. R. CIV. P. 37(a)

In accordance with Federal Rule of Civil Procedure 37(a), and for the reasons more fully set forth in accompanying memorandum, the Defendants, ValueClick, Inc., and FastClick, Inc., by counsel, respectfully request that the Court enter an order compelling plaintiff Netscape Communications Corp. to produce a document identified as document 1865 on Netscape's privilege log submitted in this action.

Bryan Cave, LLP, as counsel to ValueClick, Inc. and FastClick, Inc., certifies that it conferred, or attempted to confer, in good faith with Netscape's Counsel in an effort to obtain the disclosure requested in the present motion without court action.

Dated: July 2, 2009                                     Respectfully submitted,

                                                        _____/s/_____
                                                        Amy S. Owen (VSB # 27692)
                                                        aowen@cochranowen.com
                                                        Sheila M. Costin (VSB # 31452)
                                                        scostin@cochranowen.com
                                                        Cochran & Owen LLC
                                                        8000 Towers Crescent Drive
                                                        Suite 160
                                                        Vienna, VA 22182
                                                        Tel: (703) 847-4480
                                                        Fax: (703) 847-4499

                                                        Lawrence G. Kurland
                                                        Joseph J. Richetti
                                                        BRYAN CAVE, LLP
                                                        1290 Avenue of the Americas
                                                        New York, New York 10104
                                                        Tel: (212) 541-2000
                                                        Fax: (212) 541-4630

                                                        Counsel for Defendants

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Motion to Compel was served this 2nd day of July, 2009 via electronic filing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Robert L. Burns
Umar Arshad
FINNEGAN HENDERSON FARABOW
GARRETT & DUNNER, L.L.P.
Two Freedom Square
11955 Freedom Dr.
Reston, VA 20190
robert.burns@finnegan.com
Tel: (571) 203-2700
Fax: (202) 408-4400

Gerald F. Ivey
C. Gregory Gramenopoulos
John M. Williamson
FINNEGAN HENDERSON FARABOW
GARRETT & DUNNER, L.L.P.
901 New York Ave., NW
Washington, DC 20001
Tel: (202) 408-4282
Fax: (202) 408-4400

Counsel for Netscape Communications Corp.

                                    /s/
Amy S. Owen (VSB # 27692)
aowen@cochranowen.com
Sheila M. Costin (VSB # 31452)
scostin@cochranowen.com
Cochran & Owen LLC
8000 Towers Crescent Drive
Suite 160
Vienna, VA 22182
Tel: (703) 847-4480
Fax: (703) 847-4499

3