**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | |
|---|---|
| NETSCAPE COMMUNICATIONS, CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 1:09 cv 225 (TSE/TRJ) |
| ) | |
| ) | |
| VALUECLICK, INC., et al., ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on July 10, 2009, at 10:00 a.m., or as soon thereafter as counsel may be heard, the Defendants, ValueClick, Inc. and FastClick, Inc.'s Motion To Compel the Production of A Document From Netscape Communications Corp., Pursuant To Fed. R. Civ. P. 37(a), will be heard in the Albert V. Bryan United States Courthouse, 401 Courthouse Square, Alexandria, VA.

Date: July 2, 2009

Respectfully submitted,

_____/s/_____
Sheila M. Costin (Bar #31452)
scostin@cochranowen.com
Amy S. Owen (Bar #27692)
aowen@cochranowen.com
COCHRAN & OWEN, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, Virginia  22182
(703) 847-4480 (office)
(703) 847-4499 (facsimile)

*Counsel for ValueClick, Inc. and FastClick, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing NOTICE OF MOTION was served this 2nd day of July, 2009 via electronic filing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail address on this 2nd day of July, 2009:

**EMAIL DELIVERY**
Robert L. Burns
FINNEGAN HENDERSON FARABOW
GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, Virginia 20190
Ph: (571) 203-2700
Fax: (202) 408-4400

Gerald F. Iwey
C. Gregory Gramenopoulos
John Williamson
FINNEGAN HENDERSON FARABOW
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001
Ph: (202) 408-4282
Fax: (202) 408-4400

*Counsel for Netscape Communications Corp.*

                                                /s/
                                   Sheila M. Costin (Bar #31452)
                                   scostin@cochranowen.com
                                   Amy S. Owen (Bar #27692)
                                   aowen@cochranowen.com
                                   COCHRAN & OWEN, LLC
                                   8000 Towers Crescent Drive, Suite 160
                                   Vienna, Virginia  22182
                                   (703) 847-4480 (office)
                                   (703) 847-4499 (facsimile)

*Counsel for ValueClick, Inc. and FastClick, Inc.*