# EXHIBIT 4

July 9, 2009

# LIST OF DISPUTED CLAIM TERMS AND PROPOSED CONSTRUCTIONS

Netscape - U.S. Patent No. 5,774,670

| Disputed Claim Terms | | Netscape's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| Claim 1 | | | |
| | http | HyperText Transfer Protocol, a stateless communications protocol | a stateless protocol that allows web users/clients and websites/servers to communicate with each other |
| | http server | a provider of data that uses http | a computer that communicates (i.e., provides HTML documents that have been requested) with a client over a network by using the http protocol |
| | http client | a requestor of data that uses http | a computer that communicates (i.e., requests HTML documents) with a server over a network by using the http protocol |
| | state object | data having a predetermined structure that specifies state information | State object is the same as state information |
| | state information | information, such as a cookie, that specifies an identity, a characteristic, or a condition of a client and/or server | information concerning the web server's condition or transition as a result of the web user/client's request |
| | file | information, such as data or a program, associated with an identifier or name | an HTML document |

1

July 9, 2009

| Disputed Claim Terms | Netscape's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| the specific steps of claim 1 | no construction of the order of the steps of claim 1 is necessary | the method steps of claim 1 should be construed to a particular order because each subsequent step references something logically indicating that the prior step had been performed. For example, the "requesting" step takes place before the "transmitting" step and the "storing" step occurs after the "transmitting" step. |
| requesting a file on said http server from said http client | no further construction of the "requesting" step is necessary in view of the construction of the disputed terms above | a web user/client requests an HTML document on a web server |
| transmitting said file from said http server to said http client | no further construction of the "transmitting" step is necessary in view of the construction of the disputed terms above | "said HTTP server" refers to the same web server from which the web user/client requested the HTML document |
| transmitting a state object from said http server to said http client | no further construction of the "transmitting" step is necessary in view of the construction of the disputed terms above | the claimed "file" (i.e., HTML document) and state object are sent to the web user/client together |
| storing said state object on said http client | no further construction of the "storing" step is necessary in view of the construction of the disputed terms above | placing the state object/information in memory such that it can be sent back to the server from which the web user/client requested the HTML document |

2

| Disputed Claim Terms | | Netscape's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| Claim 9 | | | |
| | http | See claim 1 | See claim 1 |
| | http server | See claim 1 | See claim 1 |
| | http client | See claim 1 | See claim 1 |
| | state object | See claim 1 | See claim 1 |
| | state information | See claim 1 | See claim 1 |
| | file | See claim 1 | See claim 1 |
| | computer readable medium | memory | a magnetic or optical mass storage device |
| | executable program instructions | plain and ordinary meaning; no construction of "executable program instructions' is necessary | object code (i.e., source code that has been compiled) |
| | requesting a file on said http server | no further construction of the "requesting" step is necessary in view of the construction of the disputed terms above | See claim 1 |
| | receiving said file from said http server | no further construction of the "receiving" step is necessary in view of the construction of the disputed terms above | "said HTTP server" refers to the same web server from which the web user/client requested the HTML document |
| | receiving a state object which specifies state | no further construction of the "receiving" step is necessary in view of the construction of the disputed terms above | the claimed "file" (i.e., HTML document) and state object are sent to the web user/client together from the web server |

| Disputed Claim Terms | Netscape's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| information from said http server | | from which the web user/client requested the HTML document |
| storing said state object on said http client | no further construction of the "storing" step is necessary in view of the construction of the disputed terms above | See claim 1 |
| **Claim 10** | | |
| http | See claim 1 | See claim 1 |
| http server | See claim 1 | See claim 1 |
| http client | See claim 1 | See claim 1 |
| state object | See claim 1 | See claim 1 |
| state information | See claim 1 | See claim 1 |
| file | See claim 9 | See claim 9 |
| computer readable medium | plain and ordinary meaning; no construction of "executable program instructions" is necessary | See claim 9 |
| executable program instructions | | |
| receiving a request for a file on said http server | no further construction of the "receiving" step is necessary in view of the construction of the disputed terms above | a web user/client requests an HTML document on a web server |

| Disputed Claim Terms | Netscape's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| transmitting said file from said http server to said http client | no further construction of the "transmitting" step is necessary in view of the construction of the disputed terms above | See claim 1 |
| transmitting a state object which specifies state information from said http server to said http client | no further construction of the "transmitting" step is necessary in view of the construction of the disputed terms above | See claim 1 |
| **Claim 14** | | |
| server | a provider of data | a computer that communicates (i.e., provides documents) with a client over a network by using any communication protocol |
| state object | See claim 1 | See claim 1 |
| state information | See claim 1 | See claim 1 |
| file | See claim 1 | See claim 1 |
| computer readable medium | See claim 9 | See claim 9 |
| executable program instructions | plain and ordinary meaning; no construction of "executable program instructions" is necessary | See claim 9 |

July 9, 2009

| Disputed Claim Terms | Netscape's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| requesting a file on a server | no further construction of the "requesting" step is necessary in view of the construction of the disputed terms above | See claim 1 |
| receiving said file from said server | no further construction of the "receiving" step is necessary in view of the construction of the disputed terms above | "said server" refers to the same server from which the user requested the HTML document |
| receiving a state object which specifies state information from said server | no further construction of the "receiving" step is necessary in view of the construction of the disputed terms above | See claim 9 |
| storing said state object in one of said memory and said computer readable medium. | no further construction of the "storing" step is necessary in view of the construction of the disputed terms above | See claim 1 |

6