**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| NETSCAPE COMMUNICATIONS CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:09-cv-225-TSE-TRJ |
| v. ) | |
| ) | |
| ) | |
| VALUECLICK, INC., MEDIAPLEX, INC., ) | |
| FASTCLICK, INC., COMMISSION ) | |
| JUNCTION, INC., MEZIMEDIA, INC., and ) | |
| WEB CLIENTS, L.L.C., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS VALUECLICK, INC.'S AND FASTCLICK, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS CONCERNING SUN MICROSYSTEMS FROM PLAINTIFF NETSCAPE COMMUNICATIONS CORP., PURSUANT TO FED. R. CIV. P. 37(a)**

In accordance with Federal Rule of Civil Procedure 37(a), and for the reasons more fully set forth in accompanying memorandum, the Defendants, ValueClick, Inc., and FastClick, Inc., by counsel, respectfully request that the Court enter an order compelling plaintiff Netscape Communications Corp. to produce documents identified as documents 16, 33, 41, 44, 51, 84, 85, 93, 100, 2439, 2440, 2441, 2442, and 2551 on Netscape's privilege log and first supplemental privilege log submitted in this action.

Bryan Cave, LLP, as counsel to ValueClick, Inc. and FastClick, Inc., certifies that it conferred, or attempted to confer, in good faith with Netscape's Counsel in an effort to obtain the disclosure requested in the present motion without court action.

Dated:  July 17, 2009 　　　　　　　　Respectfully submitted,

/s/ Amy S. Owen_____
Amy S. Owen (VSB # 27692)
aowen@cochranowen.com
Sheila M. Costin (VSB # 31452)
scostin@cochranowen.com
Cochran & Owen LLC
8000 Towers Crescent Drive
Suite 160
Vienna, VA 22182
Tel: (703) 847-4480
Fax: (703) 847-4499

Lawrence G. Kurland
Joseph J. Richetti
BRYAN CAVE, LLP
1290 Avenue of the Americas
New York, New York 10104
Tel: (212) 541-2000
Fax: (212) 541-4630

*Counsel for ValueClick, Inc. and FastClick, Inc.*

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Motion to Compel was served this 17th day of July, 2009 via electronic filing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Robert L. Burns (VSB # 65159)
Umar Arshad (VSB #74638)
FINNEGAN HENDERSON FARABOW
GARRETT & DUNNER, L.L.P.
Two Freedom Square
11955 Freedom Dr.
Reston, VA 20190
robert.burns@finnegan.com
Tel: (571) 203-2700
Fax: (202) 408-4400

Gerald F. Ivey (DCB #367009)
C. Gregory Gramenopoulos (VSB #38633)
John M. Williamson (DCB #472713)
FINNEGAN HENDERSON FARABOW
GARRETT & DUNNER, L.L.P.
901 New York Ave., NW
Washington, DC 20001
Tel: (202) 408-4282
Fax: (202) 408-4400

Counsel for Netscape Communications Corp.

/s/ Sheila Costin
Amy S. Owen (VSB # 27692)
aowen@cochranowen.com
Sheila M. Costin (VSB # 31452)
scostin@cochranowen.com
Cochran & Owen LLC
8000 Towers Crescent Drive
Suite 160
Vienna, VA 22182
Tel: (703) 847-4480
Fax: (703) 847-4499

3