**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| NETSCAPE COMMUNICATIONS CORP., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:09-cv-225-TSE-TRJ |
| ) | |
| v. ) | |
| ) | |
| VALUECLICK, INC., MEDIAPLEX, INC., ) | |
| FASTCLICK, INC., COMMISSION ) | |
| JUNCTION, INC., MEZIMEDIA, INC., ) | |
| and WEB CLIENTS, L.L.C., ) | |
| ) | |
| Defendants. ) | |

## NETSCAPE COMMUNICATIONS CORP.'S MOTION TO COMPEL PRODUCTION OF DEFENDANTS' SOURCE CODE AND SERVER LOGS

Plaintiff Netscape Communications Corporation respectfully moves this Court for an Order requiring that defendants Commission Junction, Inc., Mediaplex, Inc., MeziMedia, Inc., and Web Clients, L.L.C., (collectively "Defendants") (1) immediately produce the current versions of their "production" source code files for their Relevant Product and Relevant Services, and (2) immediately produce requested server log samples. The reasons for this motion are set forth with particularity in the accompanying Memorandum in Support.

July 24, 2009                                    Respectfully submitted,

                                                   /s/ Robert L. Burns
Robert L. Burns (VSB # 65159)
robert.burns@finnegan.com
Umar Arshad (VSB #74638)
umar.arshad@finnegan.com
Nicholas J. Nugent (VSB # 77141)
nicholas.nugent@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Dr.
Reston, VA 20190
Phone: (571)-203-2700
Fax: (202) 408-4400

Gerald F. Ivey (DCB #367009)
gerald.ivey@finnegan.com
C. Gregory Gramenopoulos (VSB #38633)
c.gregory.gramenopoulos@finnegan.com
John M. Williamson (DCB #472713)
john.williamson@finnegan.com
C. Brandon Rash (VSB #72248)
brandon.rash@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
901 New York Ave., NW
Washington, DC 20001
Phone: (202) 408-4000
Fax: (202) 408-4400

**Attorneys for Plaintiff**
**Netscape Communications Corp.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of July, 2009, I will electronically file the foregoing **Netscape Communications Corp.'s Motion To Compel Production Of Defendants' Source Code And Server Logs** with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Amy S. Owen
aowen@cochranowen.com
Sheila Costin
scostin@cochranowen.com
COCHRAN & OWEN, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA 22182
scostin@cochranowen.com
Phone: (703) 847-4480
Fax: (703) 847-4499

Kristen A. Hird
kristin.hird@bryancave.com
BRYAN CAVE LLP
1155 F. Street NW
Washington, DC 20004
Phone: (202) 208-6000
Fax: (202) 508-6200

**Attorneys for Defendants**

                                                               /s/ Robert L. Burns
Robert L. Burns (VSB # 65159)
robert.burns@finnegan.com
Umar Arshad (VSB #74638)
umar.arshad@finnegan.com
Nicholas J. Nugent (VSB # 77141)
nicholas.nugent@finnegan.com
FINNEGAN HENDERSON FARABOW
GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Dr.
Reston, VA 20190
Phone: (571)-203-2700
Fax: (202) 408-4400

2

          Gerald F. Ivey (DCB #367009)
          gerald.ivey@finnegan.com
          C. Gregory Gramenopoulos (VSB #38633)
          c.gregory.gramenopoulos@finnegan.com
          John M. Williamson (DCB #472713)
          john.williamson@finnegan.com
          C. Brandon Rash (VSB # 72248)
          brandon.rash@finnegan.com
          FINNEGAN HENDERSON FARABOW
          GARRETT & DUNNER, LLP
          901 New York Ave., NW
          Washington, DC 20001
          Phone: (202) 408-4000

          **Attorneys for Plaintiff**
          **Netscape Communications Corp.**