**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| NETSCAPE COMMUNICATIONS CORP., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:09-cv-225-TSE-TRJ |
| | ) | |
| v. | ) | |
| | ) | |
| VALUECLICK, INC., MEDIAPLEX, INC., | ) | |
| FASTCLICK, INC., COMMISSION | ) | |
| JUNCTION, INC., MEZIMEDIA, INC., | ) | |
| and WEB CLIENTS, L.L.C., | ) | |
| | ) | |
| Defendants. | ) | |

**PROPOSED ORDER**

Upon consideration of Plaintiff Netscape Communications Corp.'s Motion to Compel Production of Defendants' Source Code and Server Logs, its memorandum in support thereof, and the record in this case, it is hereby

**ORDERED,** that Netscape Communications Corp.'s Motion to Compel Production of Defendants' Source Code and Server Logs is **GRANTED.**

July \_\_\_\_, 2009                _____
                                  United States Magistrate Judge