# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| NETSCAPE COMMUNICATIONS CORP., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:09-cv-225-TSE-TRJ |
| ) | |
| v. ) | |
| ) | |
| VALUECLICK, INC., MEDIAPLEX, INC., ) | |
| FASTCLICK, INC., COMMISSION ) | |
| JUNCTION, INC., MEZIMEDIA, INC., ) | |
| and WEB CLIENTS, L.L.C., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on July 31, 2009, at 10:00 a.m., or as soon thereafter as counsel may be heard, Plaintiff Netscape Communications Corporation will bring on for hearing Plaintiff's Motion to Compel Production of Defendants' Source Code and Server Logs. This Motion will be heard in the Albert V. Bryan United States Courthouse, 401 Courthouse Square, Alexandria, VA.

July 24, 2009                              Respectfully submitted,

                                                   /s/ Robert L. Burns
Robert L. Burns (VSB # 65159)
robert.burns@finnegan.com
Umar Arshad (VSB #74638)
umar.arshad@finnegan.com
Nicholas J. Nugent (VSB # 77141)
nicholas.nugent@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Dr.
Reston, VA 20190
Phone: (571)-203-2700
Fax: (202) 408-4400

Gerald F. Ivey (DCB #367009)
gerald.ivey@finnegan.com
C. Gregory Gramenopoulos (VSB #38633)
c.gregory.gramenopoulos@finnegan.com
John M. Williamson (DCB #472713)
john.williamson@finnegan.com
C. Brandon Rash (VSB #72248)
brandon.rash@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
901 New York Ave., NW
Washington, DC 20001
Phone: (202) 408-4000
Fax: (202) 408-4400

**Attorneys for Plaintiff**
**Netscape Communications Corp.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of July, 2009, I will electronically file the foregoing **Notice Of Hearing** with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Amy S. Owen
aowen@cochranowen.com
Sheila Costin
scostin@cochranowen.com
COCHRAN & OWEN, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA 22182
scostin@cochranowen.com
Phone: (703) 847-4480
Fax: (703) 847-4499

Kristen A. Hird
kristin.hird@bryancave.com
BRYAN CAVE LLP
1155 F. Street NW
Washington, DC 20004
Phone: (202) 208-6000
Fax: (202) 508-6200

**Attorneys for Defendants**

        /s/ Robert L. Burns
Robert L. Burns (VSB # 65159)
robert.burns@finnegan.com
Umar Arshad (VSB #74638)
umar.arshad@finnegan.com
Nicholas J. Nugent (VSB # 77141)
nicholas.nugent@finnegan.com
FINNEGAN HENDERSON FARABOW
GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Dr.
Reston, VA 20190
Phone: (571)-203-2700
Fax: (202) 408-4400

Gerald F. Ivey (DCB #367009)
gerald.ivey@finnegan.com

C. Gregory Gramenopoulos (VSB #38633)
c.gregory.gramenopoulos@finnegan.com
John M. Williamson (DCB #472713)
john.williamson@finnegan.com
C. Brandon Rash (VSB # 72248)
brandon.rash@finnegan.com
FINNEGAN HENDERSON FARABOW
GARRETT & DUNNER, LLP
901 New York Ave., NW
Washington, DC 20001
Phone: (202) 408-4000

**Attorneys for Plaintiff**
**Netscape Communications Corp.**