Date: 9/4/09

Judge: <u>T. Rawles Jones, Jr.</u>
Reporter: <u>FTR</u>

Start: 10:27
Finish: 10:34

Civil Action Number: 09CV225

Netscape Communications Corp

vs.

Valueclick, Inc. et al

Appearances of Counsel for ( )Pltf ( )Deft (X)Party Zawinski
( ) Matter is uncontested
Motion to/for:
Λ's motion to compel inspection of Zawinski's computer

Argued &
(X) Granted  ( ) Denied  ( ) Granted in part/Denied in part
( ) Taken Under Advisement  ( ) Continued to _____

( ) Report and Recommendation to Follow
(X) Order to Follow