IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| NETSCAPE COMMUNICATIONS CORP., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VALUECLICK, INC., MEDIAPLEX, INC., )<br>FASTCLICK, INC., COMMISSION JUNCTION )<br>INC., and WEB CLIENTS, L.L.C., )<br>)<br>Defendants. )<br>) | Civil Action No.  1:09cv225 |

O R D E R

For the reasons stated from the bench, and in accord with specific rulings made at that time, it is

ORDERED that defendants' motion to compel inspection of Jamie Ziwinski's computer (no. 197) is GRANTED.

ENTERED this 4th day of September, 2009.

                                                    /s/
                                  Thomas Rawles Jones, Jr.
                                  United States Magistrate Judge

Alexandria, Virginia