# CIVIL MINUTE SHEET

DATE: 10/16/2009
JUDGE: ELLIS

CASE NUMBER: 1:09cv225
REPORTER: M. Rodriguez
START: 1:30-3:00
END: 3:45-4:30
TIME IN COURT: ____

PARTIES
Netscape Communications Corp.
vs.
Valueclick Inc., et. al.

ATTORNEYS

THIS MATTER CAME ON FOR HEARING ON:

Hearing held re: Markman hearing; Pltf's motion to strike.

Arguments heard; Order to follow.

Pltf: Gerald Ivey
      Robert Burns
      Greg Gramenopoulous

Deft: Lawrence Kurland
      Joseph Richetti
      Alec Farr
      Scott Barlow
      Sheila Castin