

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| NETSCAPE COMMUNICATIONS CORP.,<br>Plaintiff,<br><br>v.<br><br>VALUECLICK, INC., et al.,<br>Defendants. | No. 1:09cv225 |

### ORDER

The matter came before the Court for a final pretrial conference at 2:30 p.m., Friday, January 29, 2010.

For the reasons stated from the Bench, and for good cause,

It is hereby **ORDERED** that plaintiff file a supplemental memorandum addressing the 35 U.S.C. § 102 prior art invalidity defense by 5:00 p.m., Wednesday, February 3, 2010, and that defendants file their response by 5:00 p.m., Wednesday, February 10, 2010.

It is further **ORDERED** that a jury trial in this matter is set for 10:00 a.m., Monday, April 26, 2010.

It is further **ORDERED** that the parties file proposed jury instructions and any motions *in limine* by 5:00 p.m., Friday, April 9, 2010, and that the parties file any objections to proposed jury instructions and any responses to motions *in limine* by 5:00 p.m., Wednesday, April 14, 2010.

It is further **ORDERED** that a hearing on the parties' proposed jury instructions and any motions *in limine* is set for 2:00 p.m., Friday, April 16, 2010.

It is further **ORDERED** that the parties file their respective exhibit lists, witness lists,

and deposition designations by 5:00 p.m., Monday, April 19, 2010, and that the parties file any objections to exhibit lists and witness lists, and deposition counter-designations by 5:00 p.m., Wednesday, April 21, 2010.

It is further **ORDERED** that a hearing on the parties' exhibit lists, witness lists, and deposition designations and counter-designations is set for 2:00 p.m., Friday, April 23, 2010.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
January 29, 2010

/s/
_____
T. S. Ellis, III
**United States District Judge**