IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

FEB 1 9 2010

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

NETSCAPE COMMUNICATIONS CORP., )
     **Plaintiff,**            )
                            )
         **v.**                )       **No. 1:09cv225**
                            )
VALUECLICK, INC., et al.,      )
     **Defendants.**     )

## ORDER

The matter came before the Court on defendants' motion to continue the trial currently scheduled in this matter for 10:00 a.m., Monday, April 26, 2010. In addition, on February 18, 2010, plaintiff filed a motion for reconsideration with respect to the January 29, 2010 Memorandum Opinion, which awarded partial summary judgment to defendants as to their § 102(b) on-sale bar invalidity defense. *See Netscape Commc'ns Corp. v. ValueClick, Inc. (Netscape II),* --- F. Supp. 2d ----, 1:09cv225, at 10-29 (E.D. Va. Jan. 29, 2010) (Mem. Op.). Plaintiff noticed a hearing on its motion for reconsideration for 10:00 a.m., Friday, March 5, 2010.

For the reasons stated from the Bench, and for good cause,

It is hereby **ORDERED** that defendants' motion to continue the trial date is **GRANTED**, and accordingly that the jury trial currently scheduled in this matter for 10:00 a.m., Monday, April 26, 2010, is **CONTINUED** to 10:00 a.m., Tuesday, May 11, 2010.

It is further **ORDERED** that the following schedule is set with respect to plaintiff's motion for reconsideration:

- defendants must file their response brief by 5:00 p.m., Tuesday, March 9,

2010;

- plaintiff must file its reply brief by 5:00 p.m., Friday, March 12, 2010; and

- the hearing on this motion currently scheduled for 10:00 a.m., Friday, March 5, 2010, is continued to 2:00 p.m., Friday, March 19, 2010.

The Clerk is directed to send a copy of this Order to all counsel of record.


Alexandria, Virginia
February 19, 2010


_____/s/_____
T. S. Ellis, III
United States District Judge