IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| NETSCAPE COMMUNICATIONS CORP., <br><br> Plaintiff, <br><br> v. <br><br> VALUECLICK, INC., MEDIAPLEX, INC., FASTCLICK, INC., COMMISSION JUNCTION, INC., MEZIMEDIA, INC., and WEB CLIENTS, L.L.C., <br><br> Defendants. | Case No. 1:09-cv-225-TSE-TRJ |

## DEFENDANTS' TRIAL WITNESS LIST

In accordance with Federal Rule of Civil Procedure 26(a)(3), Defendants hereby identify the following individuals as witnesses who Defendants will and/or may call to testify at trial, subject to the witnesses' availability.

| Witness | Will/May Call | Method of Testimony |
|---|---|---|
| Kevin Graham | Will Call | Live |
| John Pitstick | Will Call | Live |
| Mark Joseph | Will Call | Live |
| Jim Zarley | Will Call | Live |
| John Klensin | Will Call | Live |
| Ernest Johnson | Will Call | Live |
| Frederick Scholl | Will Call | Live |
| Jeffrey Kinrich | Will Call | Live |
| Christopher Day | Will Call | Live adverse witness |
| Lou Montulli | Will Call | By deposition and/or live adverse witness |
| Marc Andreessen | Will Call | By deposition and/or live adverse witness |
| James Clark | Will Call | By deposition and/or live adverse witness |
| John Giannandrea | Will Call | By deposition and/or live adverse witness |
| James Sha | Will Call | By deposition and/or live adverse witness |
| Vinton Cerf | Will Call | By deposition |
| Michael Mael | Will Call | By deposition |
| Michael Glenn | Will Call | By deposition and/or live adverse witness |
| James Scheller | Will Call | By deposition and/or live adverse witness |
| Jamie Zawinski | May Call | By deposition |
| David Kristol | May Call | By deposition |
| Glenn Trewitt | May Call | By deposition |
| Bjorn Freeman-Benson | May Call | By deposition |
| Katherine Wolanyk | May Call | Live |
| Lawrence Stewart | May Call | By deposition |
| Jeffrey Hoffman | May Call | By deposition |

| Witness | Will/May Call | Method of Testimony |
|---|---|---|
| James McBeath | May Call | By deposition |
| Norihiro Edwin Aoki | May Call | By deposition and/or live adverse witness |
| Judson Valeski | May Call | By deposition and/or live adverse witness |
| Kevin Jeffay | May Call | By deposition and/or live adverse witness |
| Chris Nicotra | May Call | By deposition and/or live adverse witness |
| Todd Prouty | May Call | By deposition and/or live adverse witness |

Defendants reserve the right to subsequently identify witnesses who may not be on this list, including without limitation any individual identified by Plaintiff on its list of trial witnesses. Defendants reserve the right to supplement this identification as may be necessary.

Dated:  April 19, 2010

Respectfully submitted,

/s/ Amy S. Owen
Amy S. Owen (VSB # 27692)
aowen@cochranowen.com
Sheila M. Costin (VSB # 31452)
scostin@cochranowen.com
COCHRAN & OWEN LLC
8000 Towers Crescent Drive
Suite 160
Vienna, VA 22182
Phone: (703) 847-4480
Fax: (703) 847-4499

Raymond P. Niro
Raymond P. Niro, Jr.
Robert A. Conley
Brian E. Haan
NIRO, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, IL 60602
Phone: (312) 236-0733
Fax:  (312) 236-3137

Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 19, 2010, the foregoing DEFENDANTS' TRIAL WITNESS LIST was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Counsel for Netscape Communications Corp.**

Robert L. Burns
Umar Arshad
Nicholas J. Nugent
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Dr.
Reston, VA 20190
Phone: (571) 203-2700
Fax: (202) 408-4400

Gerald F. Ivey
C. Gregory Gramenopoulos
John M. Williamson
Philip A. Riley
C. Brandon Rash
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Ave., NW
Washington, DC 20001
Phone: (202) 408-4000
Fax: (202) 408-4400

/s/ Amy S. Owen
Amy S. Owen (VSB # 27692)
   aowen@cochranowen.com
Sheila M. Costin (VSB # 31452)
   scostin@cochranowen.com
COCHRAN & OWEN LLC
8000 Towers Crescent Drive
Suite 160
Vienna, VA 22182
Phone: (703) 847-4480
Fax: (703) 847-4499

Raymond P. Niro
Raymond P. Niro, Jr.
Robert A. Conley
Brian E. Haan
NIRO, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, IL 60602
Phone: (312) 236-0733
Fax:  (312) 236-3137

Attorneys for Defendants