IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| NETSCAPE COMMUNICATIONS CORP., <br><br> Plaintiff, <br><br> v. <br><br> VALUECLICK, INC., MEDIAPLEX, INC., FASTCLICK, INC., COMMISSION JUNCTION, INC., MEZIMEDIA, INC., and WEB CLIENTS, L.L.C., <br><br> Defendants. | Case No. 1:09-cv-225-TSE-TRJ |

**DEFENDANTS' MOTION REQUESTING A CONTINUANCE OF THE
APRIL 23, 2010 DEADLINE FOR FILING A SUPPLEMENTAL DECLARATION**

Defendants respectfully request a continuance of the April 23, 2010 deadline by which Defendants must file a supplemental declaration to be obtained from Katharine Wolanyk. Plaintiff has no objection to the request. As discussed more fully in the accompanying memorandum, Defendants' counsel are working diligently to obtain the supplemental declaration from this third party, but due to her schedule Defendants are not able to meet the court's deadline.

Dated: April 23, 2010

Respectfully submitted,

/s/Amy S. Owen
Amy S. Owen (VSB # 27692)
aowen@cochranowen.com
Sheila M. Costin (VSB # 31452)
scostin@cochranowen.com
COCHRAN & OWEN LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA 22182
Phone: (703) 847-4480
Fax: (703) 847-4499

Raymond P. Niro
Raymond P. Niro, Jr.
Robert A. Conley
Brian E. Haan
NIRO, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, IL 60602
Phone: (312) 236-0733
Fax: (312) 236-3137

Attorneys for Defendants

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 23, 2010, the foregoing DEFENDANTS' MOTION REQUESTING A CONTINUANCE OF THE APRIL 23, 2010 DEADLINE FOR FILING A SUPPLEMENTAL DECLARATION was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Counsel for Netscape Communications Corp.**

Robert L. Burns
Umar Arshad
Nicholas J. Nugent
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Dr.
Reston, VA 20190
Phone: (571) 203-2700
Fax: (202) 408-4400

Gerald F. Ivey
C. Gregory Gramenopoulos
John M. Williamson
Philip A. Riley
C. Brandon Rash
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Ave., NW
Washington, DC 20001
Phone: (202) 408-4000
Fax: (202) 408-4400

/s/ Amy S. Owen
Amy S. Owen (VSB # 27692)
aowen@cochranowen.com
Sheila M. Costin (VSB # 31452)
scostin@cochranowen.com
COCHRAN & OWEN LLC
8000 Towers Crescent Drive
Suite 160
Vienna, VA 22182
Phone: (703) 847-4480
Fax: (703) 847-4499

Raymond P. Niro
Raymond P. Niro, Jr.
Robert A. Conley
Brian E. Haan
NIRO, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, IL 60602
Phone: (312) 236-0733
Fax: (312) 236-3137

Attorneys for Defendants